UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMI DADON,<br><br>        Plaintiff,<br><br>    v.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>        Defendant. | Case No. 24-cv-04191-EKL<br><br>**ORDER TO SHOW CAUSE** |

On November 13, 2024, the parties notified the Court that they resolved their dispute and anticipated filing a joint stipulation to dismiss Defendant with prejudice within 60 days. ECF No. 23. The Court continued the initial case management conference to February 12, 2025, and ordered the parties to file a dismissal or status report no later than January 13, 2025. ECF No. 24. As of the date of this Order, the parties have failed to do so. The parties are hereby ORDERED TO SHOW CAUSE, in writing and no later than February 6, 2025, why the case should not be dismissed without prejudice for failure to follow court order. See Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: January 23, 2025

Eumi K. Lee
United States District Judge