# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SAMI DADON,** | Case No.: 5:24-cv-04191-EKL |
| Plaintiff, | |
| | ~~[PROPOSED]~~ ORDER |
| v. | |
| | HON. EUMI K. LEE |
| **EQUIFAX INFORMATION SERVICES LLC** | |
| Defendant. | |

Based upon the Parties' Stipulation, and good cause, this Court hereby orders Defendant EQUIFAX INFORMATION SERVICES LLC to be, and is, dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: January 27, 2025

_____

**HON. EUMI K. LEE**
UNITED STATES DISTRICT COURT JUDGE